UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 19, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TERRY NARDUCCI,

Defendant.

Case No. 2:16-mj-00041-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TERRY NARDUCCI,
Case No. 2:16-mj-00041-CKD  Charge 18 U.S.C. § 1542, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $   25,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

Issued at Sacramento, California on February 19, 2016 at 2:10 pm.

By: _____

Magistrate Judge Carolyn K. Delaney