1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,                CASE NO. 2:16-MJ-0041-CKD

12                Plaintiff,                [~~PROPOSED~~] FINDINGS AND ORDER FURTHER
                                            EXTENDING TIME FOR PRELIMINARY
13        v.                                HEARING PURSUANT TO RULE 5.1(d) AND
                                            EXCLUDING TIME
14 FNU LNU,
    aka Noreen Madeline DiPietro,           DATE: June 17, 2016
15  aka Noreen M. DiPietro,                 TIME: 2:00 p.m.
    aka Noreen Madeline Di Pietro,          COURT: Hon. Allison Claire
16  aka Noreen M. Di Pietro,
    aka Noreen Windy DiPietro,
17  aka Windy DiPietro,
    aka Madeline DiPietro,
18
                  Defendant.
19

20

21       The Court has read and considered the Stipulation for a Further Extension of Time for

22 Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on

23 June 16, 2016. The Court hereby finds that the Stipulation, which this Court incorporates by reference

24 into this Order, demonstrates good cause for an extension of time for the preliminary hearing date

25 pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

26       Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

27 of justice served by granting this continuance outweigh the best interests of the public and the defendant

28 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

   [PROPOSED] FINDINGS AND ORDER                    1

not adversely affect the public interest in the prompt disposition of criminal cases.

    THEREFORE, FOR GOOD CAUSE SHOWN:

    1. The date of the preliminary hearing is extended to June 24, 2016, at 2:00 p.m.

    2. The time between June 17, 2016, and June 24, 2016, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

    3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

    IT IS SO ORDERED.

Dated: June 17, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER     2