PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FNU LNU,<br> aka Noreen Madeline DiPietro,<br> aka Noreen M. DiPietro,<br> aka Noreen Madeline Di Pietro,<br> aka Noreen M. Di Pietro,<br> aka Noreen Windy DiPietro,<br> aka Windy DiPietro,<br> aka Madeline DiPietro,<br><br>Defendant. | CASE NO. 2:16-MJ-0041-CKD<br><br>[~~PROPOSED~~] FINDINGS AND ORDER FURTHER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: July 10, 2017<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

The Court has read and considered the Stipulation for a Further Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on June 30, 2017. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. Furthermore, the Court finds that the delay results from the deferral of prosecution by written agreements of the parties, and that good cause supports allowing the defendant a further opportunity to demonstrate good conduct under the terms of the written Agreement for Deferred Prosecution and Amended Agreement for Deferred

Prosecution. 18 U.S.C. 3161(h)(2), Local Code "I." The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to January 8, 2018, at 2:00 p.m.

2. The time between July 10, 2017, and January 8, 2018, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(2), Local Code I.

3. The defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: July 5, 2017

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE