1  PHILLIP A. TALBERT
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                  CASE NO.  2:16-MJ-0041-CKD

12                       Plaintiff,            ORDER ON MOTION TO DISMISS COMPLAINT

13            v.                               DATE:  n/a
                                               TIME: n/a
14  FNU LNU,                                   COURT: Hon. Kendall J. Newman
     aka Noreen Madeline DiPietro,
15   aka Noreen M. DiPietro,
     aka Noreen Madeline Di Pietro,
16   aka Noreen M. Di Pietro,
     aka Noreen Windy DiPietro,
17   aka Windy DiPietro,
     aka Madeline DiPietro,
18
                        Defendant.
19

20

21       The motion to dismiss the complaint filed by the plaintiff, United States of America, is HEREBY

22  GRANTED.  The complaint in this matter is HEREBY DISMISSED without prejudice.  Fed. R. Crim.

23  P. 48(a).

24       IT IS SO ORDERED.

25  Dated:  November 6, 2017

26

27  _____
    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE
28


   [PROPOSED] ORDER                               1